PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for National City Commercial Capital Company, LLC

/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
|  | : | Case Number: 08/ CIV 6221 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, | : | Judge Holwell |
|  | : | ECF CASE |
| Plaintiff, | : | RULE 7.1 |
| vs. | : |  |
| INTERBORO INSTITUTE, INC., | : |  |
| Defendant. | : |  |
_____x

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable district Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for National City Commercial Capital Company, LLC certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

National City Corporation

Provident Financial Group and that they are an Ohio Corporation.

2

|  |  |
|---|---|
| Dated:  July 7, 2008 |    /s/  <u>Frank Peretore, Esq.</u><br>Frank Peretore, Esq.<br>PERETORE & PERETORE, P.C.<br>Attorneys for Plaintiff<br>110 Park Street, Staten Island NY 10306<br>(718) 667-8785 |