# DICONZA LAW, P.C.
ATTORNEYS AT LAW
630 Third Avenue, Seventh Floor
New York, New York 10017

Gerard DiConza
Counsel
Lance A. Schildkraut

August 29, 2008

Telephone: (212) 682-4940
Facsimile: (212) 682-4942
www.diconzalawpc.com

**By Federal Express**

Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1950
New York, New York 10007
Courtroom 17B

Re: National City Commercial Capital Company, LLC v. Interboro Institute, Inc.,
Case Number 08 CIV 6221 Judge Holwell ECF CASE

Dear Judge Holwell:

We are counsel for Interboro Institute, Inc., the defendant in the above-referenced action (the "Defendant"), and hereby submit for Your Honor's consideration the Stipulation Extending Defendant's Time to Answer, Move or Otherwise Respond to Complaint and Extending Time to Complete Rule 26(a)(1) Disclosures (the "Stipulation") to be so ordered. In the Stipulation, the parties seek to (1) extend the Defendant's time to answer, move or otherwise respond to Plaintiff's complaint to September 29, 2008; and (2) extend the time for Rule 26(a)(1) disclosures to be completed to September 29, 2008. The Defendant's response to Plaintiff's complaint was originally due on September 8, 2008 and the Rule 26(a)(1) disclosures were originally to be completed by September 15, 2008. There have been no previous requests for such extensions and the request for such extensions is on consent of both parties. The Defendant respectfully requests that Your Honor consider the Stipulation and so order it in the form enclosed. A copy of the Stipulation is also saved on the enclosed diskette.

Respectfully submitted,

DiConza Law, P.C.

By: *Lance A. Schildkraut*
Lance A. Schildkraut

LS/cc
Enclosure
cc, w/encl.: Frank Peretore, Esq.
(counsel for the Plaintiff)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

NATIONAL CITY COMMERCIAL CAPITAL
COMPANY, LLC,

    Plaintiff,

vs.

INTERBORO INSTITUTE, INC.,

    Defendant.
------------------------------------------------------------------------x

Case Number: 08 CIV 6221
Judge Holwell

ECF CASE

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT AND EXTENDING TIME TO COMPLETE RULE 26(A)(1) DISCLOSURES

**IT IS HEREBY STIPULATED** and agreed by and between counsel for the above-captioned plaintiff (the "Plaintiff") and counsel for the above-captioned defendant (the "Defendant") that (1) the time for Defendant to answer, move or otherwise respond to the Plaintiff's complaint in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008; and (2) the time for Rule 26(a)(1) disclosures to be completed in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008. This Stipulation may be signed in counterparts which, when together, will consist of the entire Stipulation.

Dated: August 29, 2008
    Sparta, New Jersey

        PERETORE & PERETORE, P.C.
        Attorneys for the Plaintiff
        By:

        /s/ Frank Peretore
        Frank Peretore (FP 7020)
        191 Woodport Road
        Sparta, New Jersey 07871
        (973) 729-8991

Dated: August 29, 2008
    New York, New York

        DICONZA LAW, P.C.
        Attorneys for the Defendant
        By:

        /s/ Gerard DiConza
        Gerard DiConza (GD 0890)
        630 Third Avenue, 7th Floor
        New York, New York 10017
        (212) 682-4940

SO ORDERED this ___ day of August, 2008

_____
UNITED STATES DISTRICT JUDGE