UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC,

    Plaintiff,

vs.

INTERBORO INSTITUTE, INC.,

    Defendant.
-----------------------------------------------------------------x

Case Number: 08 CIV 6221

Judge Holwell

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

### STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT AND EXTENDING TIME TO COMPLETE RULE 26(A)(1) DISCLOSURES

**IT IS HEREBY STIPULATED** and agreed by and between counsel for the above-captioned plaintiff (the "Plaintiff") and counsel for the above-captioned defendant (the "Defendant") that (1) the time for Defendant to answer, move or otherwise respond to the Plaintiff's complaint in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008; and (2) the time for Rule 26(a)(1) disclosures to be completed in the above-captioned action be, and the same hereby is, extended on consent of said parties by their respective undersigned counsel to and including September 29, 2008. This Stipulation may be signed in counterparts which, when together, will consist of the entire Stipulation.

Dated: August 29, 2008
      Sparta, New Jersey

                                      PERETORE & PERETORE, P.C.
                                      Attorneys for the Plaintiff
                                      By:

                                      /s/ Frank Peretore
                                      Frank Peretore (FP 7020)
                                      191 Woodport Road
                                      Sparta, New Jersey 07871
                                      (973) 729-8991


Dated: August 29, 2008
      New York, New York

                                      DICONZA LAW, P.C.
                                      Attorneys for the Defendant
                                      By:

                                      /s/ Gerard DiConza
                                      Gerard DiConza (GD 0890)
                                      630 Third Avenue, 7th Floor
                                      New York, New York 10017
                                      (212) 682-4940


SO ORDERED this  3RD  day of ~~August~~ SEPT, 2008

                              _____
                              UNITED STATES ~~DISTRICT~~ JUDGE
                              MAGISTRATE